THE PHOENIX APARTMENTS, INC., A NEW JERSEY CORPORATION, AND PHOENIX ASSOCIATES, LTD., A LIMITED PARTNERSHIP OF THE STATE OF NEW JERSEY, PLAINTIFFS-APPELLANTS, v. EDGEWATER PARK SEWERAGE AUTHORITY, A BODY POLITIC OF THE STATE OF NEW JERSEY, DEFENDANT AND THIRD PARTY PLAINTIFF-RESPONDENT, v. WILLINGBORO MUNICIPAL UTILITIES AUTHORITY, A BODY CORPORATE AND POLITIC OF THE STATE OF NEW JERSEY, THIRD PARTY DEFENDANT.

Argued February 8, 1982—Decided February 24, 1982.

*Josiah E. DuBois, Jr.*, argued the cause for appellants (*DuBois, Maiale, Sheehan & DuBois*, attorneys).

*Roger P. Main* argued the cause for respondent.

PER CURIAM.

We affirm the judgment below substantially on the basis of so much of the majority opinion of the Appellate Division, reported at 178 *N.J.Super.* 109 (1981), as determines the validity of the classification of rate schedule. In so doing, we intimate no view on the admissibility of the rent rolls under the business records exception to the hearsay rule, *Evid. R.* 63(13).

*For affirmance*—Chief Justice WILENTZ and Justices PASHMAN, CLIFFORD, SCHREIBER, HANDLER, POLLOCK and O'HERN—7.

*For reversal*—None.